NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JUAN DOE, aka "Jose Luis Jimenes"; "Omar Perez Mendina" and "UM-9309,"**

**Defendant.**

**3:22-mj-00137**

**MOTION TO PARTIALLY UNSEAL CASE**

The United States of America moves this court for an order to partially unseal the above-captioned case. The United States requests the complaint and affidavit in support of the complaint remain under seal as the matter remains under investigation. The government will file a redacted version of the complaint and affidavit to be publicly available.

The above-captioned defendant has been arrested and the arrest warrant and complaint is necessary for initial appearance and other court purposes. The government intends to disclose the

sealed document to defense counsel, but requests that only the redacted document be referred to in public proceedings.

Dated: July 27, 2022

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

/s/ Paul T. Maloney
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney